**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA, VIRGINIA**

**IN RE:**

**Lynn&Kenneth Kincaid**               Case No. 17-10089-KHK

   **Debtors**                              Ch 13

### NOTICE OF CHANGE OF ADDRESS

The clerk of the Court will please note the new address of debtor as:

19800 Cornerstone Square,
Apt. 329
Ashburn, VA 20147

>  /s/Robert S. Brandt,
>  VSB # 46196
>  1513 King Street
>  Alexandria, VA 22314
>  (703) 342-7330
>  brandt@brandtlawfirm.com
>  Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of July, 2017 I caused to be served the foregoing change of address notice on the chapter 13 trustee Thomas P. Gorman by ECF.

>  /s/Robert S. Brandt